UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EGM, L.L.C. | CIVIL ACTION |
| VERSUS | NO. 09-6767 |
| AMERICAN EMPIRE SURPLUS LINES INSURANCE COMPANY | SECTION "K" (2) |

## ORDER

Before the Court is the "Motion to Dismiss or in the Alternative Motion to Stay Proceedings" filed on behalf of defendant American Empire Surplus Lines Insurance Company ("American Empire") (Doc. 5). Counsel for plaintiff EGM, L.L.C. has advised the Court that plaintiff has no opposition to the motion to the extent that it seeks to stay the proceedings for ninety days while the parties work to adjust the insurance claim in dispute herein. Accordingly, the Court grants the motion to the extent that it seeks to stay the proceedings for ninety days and hereby stays the proceedings until February 22, 2010.

New Orleans, Louisiana this 24th day of November, 2009.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE